Shell Oil Company, Appellee, v. Valentine Transfer and Storage Company, Appellant.

Gen. No. 10,224.

opinion filed October 14, 1948; released for

340

publication November 2, 1948. Putnam, Johnson, Alschuler & Ruddy, for appellant; Sam Alschuler and Robert E. Brown, of counsel; Sears and Streit, for appellee; Ralph C. Putnam, Jr., of counsel. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.

